**Notice to all attorneys:** Mandatory electronic filing began January 1, 2005. See www.canb.uscourts.gov for details.

Form ODD13

# UNITED STATES BANKRUPTCY COURT
## Northern District of California (Santa Rosa)

| | |
|---|---|
| **In re:**<br>Jack Doyle Seprish<br>P.O. Box 924<br>Monte Rio, CA 95462 | **Case Number:** 04–12687 AJ<br>**Chapter:** 13 |
| Debtor(s) | |
| **Debtor/Joint Debtor Social Security Number(s):**<br>xxx–xx–9643 | |

## ORDER DISCHARGING DEBTOR

The plan of the debtor(s) having been fully performed, **IT IS ORDERED as follows**:

The debtor(s) is/are discharged of all debts provided for by the plan except to the extent that applicable federal law provides otherwise.

Dated: 11/7/09                         By the Court:

                                       Alan Jaroslovsky
                                       United States Bankruptcy Judge

Doc #20